UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CONTRERAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>        Defendants. | No.: 1:18-cv-01117-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN 45 DAYS |

    Plaintiff David Contreras is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing a complaint on August 15, 2018, in the United States District Court for the Central District of California. (ECF No. 1.) On August 20, 2018, the matter was transferred to this Court. (ECF No. 5.)

    Plaintiff has not paid the $400.00 filing fee for this action, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court shall send to Plaintiff a blank application to proceed in forma pauperis for a prisoner;

    2.    Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:  **August 20, 2018**  _____
UNITED STATES MAGISTRATE JUDGE